

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Alan Headman, Appellant

No. 06-22-00080-CV          v.

Cotiviti, Inc., Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 136-22). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Alan Headman, pay all costs incurred by reason of this appeal.

RENDERED APRIL 26, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk